## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CR294 |
| | ) | |
| vs. | ) | **FINAL ORDER OF** |
| | ) | **FORFEITURE** |
| | ) | |
| HENRY DIAZ-VASQUEZ, | ) | |
| JOSE ANGULO-CARDINAS, | ) | |
| ALAIN DIAZ-ESPINOSA, | ) | |
| SALAIS INDALESIO, | ) | |
| | ) | |
| Defendants. | ) | |

NOW ON THIS 27th day of August, 2007, this matter comes on before the Court upon the United States' Motion for Final Order of Forfeiture and Memorandum Brief.  The Court reviews the record in this case and, being duly advised in the premises, find as follows:

1.  On June 14, 2007, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of Title 21, United States Code, Sections 846, 853, Title 18, United States Code, Sections 922(g)(5), 924(d) and Title 28, United States Code, 2461(c),  based upon the Defendants' pleas of guilty to Counts I, IV, V and VI of the Indictment filed herein.  By way of said Preliminary Order of Forfeiture, the Defendants' interest in the following

   a. $2,064.00 in United States currency

   b. $1,200.00 in United States currency

   c. $204.00 in United States currency

   d. a 1998 Jeep Grand Cherokee Loredo, VIN 1J4GZ58Y0WC133290

   e.  a Ruger .22 caliber semi-automatic rifle, serial number 257-88823

f. a Smith & Wesson .357 revolver

were forfeited to the United States.

2.  On July 12, 19 and 26, 2007, the United States published in a newspaper of general circulation notice of this forfeiture and of the intent of the United States to dispose of the properties in accordance with the law, and further notifying all third parties of their right to petition the Court within the stated period of time for a hearing to adjudicate the validity of their alleged legal interest(s) in said properties.  An Affidavit of Publication was filed herein on August 24, 2007 (Filing No. 137).

3.  The Court has been advised by the United States no Petitions have been filed.  From a review of the Court file, the Court finds no Petitions have been filed.

4.  The Plaintiff's Motion for Final Order of Forfeiture should be sustained.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

A.  The Plaintiff's Motion for Final Order of Forfeiture is hereby sustained.

B.  All right, title and interest in and to the following:

a. $2,064.00 in United States currency

b. $1,200.00 in United States currency

c. $204.00 in United States currency

d. a 1998 Jeep Grand Cherokee Loredo, VIN 1J4GZ58Y0WC133290

e.  a Ruger .22 caliber semi-automatic rifle, serial number 257-88823

f. a Smith & Wesson .357 revolver

held by any person or entity, are hereby forever barred and foreclosed.

C.  The following properties:

a. $2,064.00 in United States currency

b. $1,200.00 in United States currency

c. $204.00 in United States currency

d. a 1998 Jeep Grand Cherokee Loredo, VIN 1J4GZ58Y0WC133290

e. a Ruger .22 caliber semi-automatic rifle, serial number 257-88823

f. a Smith & Wesson .357 revolver

be, and the same hereby are, forfeited to the United States of America .

D. The United States Marshal for the District of Nebraska is directed to dispose of said properties in accordance with law.

DATED this 27th day of August, 2007.

**BY THE COURT:**

/s Joseph F. Bataillon

_____
**JOSEPH F. BATAILLON, CHIEF JUDGE
United States District Court**